■ VALERIE PANTIN, Appellant, v PEAT, MARWICK, MITCH-ELL & Co., Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Queens County, dated December 5, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Graci in his memorandum decision at the Supreme Court. Mangano, J. P., Brown, Kooper and Balletta, JJ., concur.